UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUN THE WORLD INC., <br>             Plaintiff, <br>     v. <br> XUAN JIANG, <br>             Defendant. | Case No. 23-cv-03130-AMO <br><br> **ORDER** <br> Re: Dkt. No. 42 |

Before the Court is a "Stipulation" assented to by several of the parties to extend the Counterclaim Defendants' deadline to respond to the Counterclaim and requesting to continue the initial case management conference at least until the Counterclaim Defendants' anticipated responsive motions may be heard.

Federal Rule of Civil Procedure 4(m) provides a time limit for service of process, and it reads in significant part, "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

Defendant and Counterclaim-Plaintiff Xuan Jiang filed the Counterclaim on August 17, 2023. ECF 16. No proof of service as to Counterclaim Defendant 5Touch Solutions, Inc., appears on the docket. The 90-day period to complete service expired nearly a month ago. Accordingly, the Court hereby **ORDERS** Counterclaim-Plaintiff to file proof of service on Counterclaim Defendant 5Touch Solutions, Inc., no later than **January 9, 2024,** or the Court will dismiss the Counterclaim.

//

//

The Court also **VACATES** the initial Case Management Conference scheduled for January 4, 2024.

**IT IS SO ORDERED.**

Dated: December 15, 2023

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**