MARK R. CONRAD (CA Bar No. 255667)
WILLIAM J. COOPER (CA Bar No. 304524)
NATHAN THEOBALD (CA Bar No. 328837)
**CONRAD | METLITZKY | KANE LLP**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel:    (415) 343-7100
Fax:    (415) 343-7101
Email: mconrad@conmetkane.com
Email: wcooper@conmetkane.com
Email: ntheobald@conmetkane.com

*Attorneys for Plaintiff and Counterclaim-Defendant*
*Run The World, Inc. & Counterclaim-Defendant Xiaoyin Qu*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUN THE WORLD, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>XUAN JIANG<br><br>         Defendant.<br><hr>XUAN JIANG, individually and derivatively on behalf of the shareholders of RUN THE WORLD INC.,<br><br>         Counterclaimant,<br><br>    v.<br><br>XIAOYIN QU; CONNIE CHAN; AH CAPITAL MANAGEMENT, LLC dba ANDREESSEN HOROWITZ aka A16Z; RUN THE WORLD INC.; 5TOUCH SOLUTIONS, INC. dba EVENTMOBI (as successor-in-interest to RUN THE WORLD INC.),<br><br>         Counterclaim-Defendants. | CASE NO. 3:23-CV-03130-AMO<br><br><br>**DECLARATION OF MARK R. CONRAD IN SUPPORT OF RUN THE WORLD, INC. AND XIAOYIN QU'S SPECIAL MOTION TO STRIKE SLAPP CLAIMS**<br><br><br>Date:        April 4, 2024<br>Time:        2:00<br>Judge:       Hon. Judge Araceli Martínez-Olguín<br>Courtroom:   Courtroom No. 10 |

## <u>DECLARATION OF MARK R. CONRAD</u>

I, Mark R. Conrad, declare as follows:

1.      I am an attorney at Conrad | Metlitzky | Kane LLP and am counsel of record in this action for Plaintiff and Counterclaim-Defendant Run The World Inc. ("RTW") and Counterclaim-Defendant Xiaoyin Qu ("Qu"). I submit this declaration in support of RTW and Qu's Special Motion To Strike SLAPP Suit. In connection with the motion, the Movants seek attorneys' fees from Defendant and Counterclaim-Plaintiff Xuan Jiang pursuant to Cal. Code of Civil Procedure 425.16(c)(1). The following facts are true and correct based on my personal knowledge, and if called upon as a witness, I could testify competently to the facts contained in this declaration.

2.      I received my undergraduate degree *summa cum laude* from Princeton University in 2001 and my law degree *cum laude* from Harvard Law School in 2005. After law school, I served as a law clerk to the Hon. Betty Binns Fletcher of the United States Court of Appeals of the Ninth Circuit and the Hon. Charles R. Breyer of the United States District Court for the Northern District of California. I have since spent over fifteen years as a practicing attorney. I first worked at Munger, Tolles & Olson LLP, in San Francisco, California, where my practice included complex commercial litigation in federal and state courts. Between 2012 and 2016, I served as an Assistant United States Attorney in the Civil Division of the U.S. Attorney's Office for the Northern District of California, where I litigated cases on behalf of federal agencies and employees. Since April 2016, I have worked in private practice at Conrad | Metlitzky | Kane LLP (originally formed as Conrad & Metlitzky LLP), a boutique law firm in San Francisco specializing in complex civil litigation and trial work. My areas of expertise in private practice include the litigation of business torts, shareholder disputes, founders' disputes, and intellectual property. My standard rate is $845 per hour. A true and correct copy of my professional biography is attached hereto as **Exhibit A**.

3.      My colleague William J. Cooper earned his undergraduate degree *summa cum laude* from Washington & Lee University in 2010. He received his law degree from Stanford Law School in 2014. After law school, he served as a law clerk to the Hon. Christina A. Snyder of the United States District Court for the Central District of California and to the Hon. Stephen A. Higginson of the United States Court of Appeals of the Fifth Circuit. He previously practiced at the law firm of MoloLamken LLP, where

1

his practice focused on complex commercial litigation, appellate advocacy, and white-collar defense. Since 2019, he has practiced law at Conrad | Metlitzky | Kane LLP, where he litigates commercial disputes in federal and state courts and in arbitration, including cases involving shareholder disputes and business torts. His standard rate is $690 per hour. A true and correct copy of his professional biography is attached hereto as **Exhibit B**.

4.      My colleague Nathan D. Theobald earned his undergraduate degree *cum laude* from the University of California, Berkeley, in 2016. He received his law degree from the University of California, Berkeley, School of Law, where he was elected to the Order of the Coif, in 2019. After law school, he practiced at the law firm Kirkland & Ellis LLP, where his practice focused on complex commercial litigation. He then served as a law clerk to the Hon. Robert N. Scola, Jr., of the United States District Court for the Southern District of Florida and to the Hon. J. Clifford Wallace of the United States Court of Appeals of the Ninth Circuit. Since 2023, he has practiced law at Conrad | Metlitzky | Kane LLP, where he litigates commercial disputes in federal and state courts and in arbitration. His standard rate is $630 per hour. A true and correct copy of his professional biography is attached hereto as **Exhibit C**.

5.      I have spent in excess of 2.4 hours investigating, researching, drafting, and filing this motion and related portions of the concurrently filed motion to dismiss. William Cooper and Nathan Theobald spent in excess of 11.8 and 26.9 hours, respectively, investigating, researching, drafting, and filing this motion and related portions of the concurrently filed motion to dismiss. RTW and Qu thus have incurred more than $27,000 in attorneys' fees thus far in bringing this anti-SLAPP motion and related portions of the concurrently filed motion to dismiss. I expect that my colleagues and I will spend additional time researching, drafting, and filing a reply brief in support of the motion, as well as preparing for oral argument. I will file along with the reply brief a supplemental declaration detailing the additional time spent.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.  Executed this 9th day of January, 2024, in San Francisco, California

_____
MARK R. CONRAD

2