Mark R. Conrad (CA Bar No. 255667)
William J. Cooper (CA Bar No. 304524)
Nathan Theobald (CA Bar No. 328837)
CONRAD METLITZKY KANE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 343-7100
Fax: (415) 343-7101
Email: mconrad@conmetkane.com
Email: wcooper@conmetkane.com
Email: ntheobald@conmetkane.com

*Attorneys for Plaintiff and Counterclaim-
Defendant Run The World Inc. &
Counterclaim-Defendant Xiaoyin Qu*

David J. Reis (CA Bar No. 155782)
david.reis@arnoldporter.com
Douglas A. Winthrop (CA Bar No. 183532)
douglas.winthrop@arnoldporter.com
Katharine Waters (CA Bar No. 347654)
katharine.waters@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
Tel: (415) 471-3100
Fax: (415) 471-3400

*Attorneys for AH Capital Management, LLC
and Connie Chan*

Thomas P. Krzeminski (CA Bar No. 213714)
tkrzeminski@mabr.com
Carol A. Hanna Girgis (CA Bar No. 327099)
channa@mabr.com
MASCHOFF BRENNAN
100 Spectrum Center Drive
Suite 1200
Irvine, CA 92618
Telephone:    (949) 202-1900
Facsimile:     (949) 453-1104

*Attorneys for Defendant and
Counterclaimant Xuan Jiang, individually
and derivatively on behalf of the
shareholders of Run The World Inc.*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUN THE WORLD INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>XUAN JIANG,<br><br>   Defendant.<br>───────────────────────────<br>XUAN JIANG, individually and derivatively on behalf of the shareholders of RUN THE WORLD INC.,<br><br>   Counterclaimant, | Case No. 3:23-cv-03130-AMO<br><br><br>**STIPULATION FOR EXTENSION OF TIME AND [PROPOSED] ORDER** |

1   v.

2   XIAOYIN QU; CONNIE CHAN; AH CAPITAL
    MANAGEMENT, LLC dba ANDREESSEN
3   HOROWITZ aka A16Z; RUN THE WORLD
    INC.,
4

5              Counterclaim-defendants.

6

7          WHEREAS, counsel of record for Plaintiff Run The World Inc. ("RTW") and

8   Counterclaim-Defendant Xiaoyin Qu ("Qu") indicated today to Defendant's counsel of record

9   that new counsel of record will be substituting into the case for RTW;

10         WHEREAS, Defendant's current deadline for responding to/opposing the following

11  motions is tomorrow, January 23, 2024:

12         • Motion to Dismiss by AH Capital Management, LLC and Connie Chan (Dkt. 50);

13         • Joinder of Counterclaim-Defendants AH Capital Management, LLC and Connie

14             Chan in Counterclaim-Defendants Run The World, Inc. and Xiaoyin Qu's Special

15             Motion to Strike SLAPP Suit (Dkt. 51);

16         • Motion to Dismiss by Run The World, Inc. and Xiaoyin Qu (Dkt. 52); and

17         • Special Motion to Strike SLAPP Claims by Run The World, Inc. and Xiaoyin Qu

18             (Dkt. 54) (collectively, "Pending Motions");

19         WHEREAS, Defendant's current deadline for amending its Answer, Defenses, and

20  Verified Counterclaims (Dkt. 16) as a matter of course under Federal Rule of Civil Procedure

21  15(a)(1)(B) is January 30, 2024;

22         WHEREAS, the current deadline to file reply briefs in support of the Pending Motions is

23  February 6, 2024;

24         WHEREAS, the parties desire to extend the foregoing deadlines in view of the change of

25  counsel and to allow the parties additional time to pursue a potential settlement once new

26  counsel is selected;

27

28

1     IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between the parties,

2  that Defendant's last day within which to respond to or oppose the Pending Motions is extended

3  two weeks to February 6, 2024; Defendant's last day to amend its Answer, Defenses, and

4  Verified Counterclaims (Dkt. 16) as a matter of course under Federal Rule of Civil Procedure

5  15(a)(1)(B) is extended one week to February 6, 2024; and the deadline for filing reply briefs in

6  support of the Pending Motions is extended two weeks to February 20, 2024.

7

8  Respectfully submitted,

9

10  Dated: January 22, 2024                    CONRAD METLITZKY KANE LLP

11                                             */s/ Mark R. Conrad*
12                                             Mark R. Conrad
                                               *Attorney for Plaintiff Run The World Inc. and*
13                                             *Counterclaim-Defendant Xiaoyin Qu*

14

15  Dated: January 22, 2024                    MASCHOFF BRENNAN

16                                             */s/ Thomas P. Krzeminski*
17                                                 Thomas P. Krzeminski

18                                             *Attorney for Defendant and Counterclaimant*
19                                             *Xuan Jiang*

20

21  Dated: January 22, 2024                    ARNOLD & PORTER KAYE SCHOLER LLP

22                                             */s/ Douglas A. Winthrop*
23                                                 Douglas A. Winthrop

24                                             *Attorneys for Counterclaim-Defendants AH*
                                               *Capital Management, LLC and Connie Chan*
25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the deadline for any opposition or response by Defendant to the pending Motion to Dismiss by AH Capital Management, LLC and Connie Chan (Dkt. 50); Joinder of Counterclaim-Defendants AH Capital Management, LLC and Connie Chan in Counterclaim-Defendants Run The World, Inc. and Xiaoyin Qu's Special Motion to Strike SLAPP Suit (Dkt. 51); Motion to Dismiss by Run The World, Inc. and Xiaoyin Qu (Dkt. 52); and Special Motion to Strike SLAPP Claims by Run The World, Inc. and Xiaoyin Qu (Dkt. 54) (collectively, "Pending Motions") is extended to **February 6, 2024**; and

**IT IS HEREBY FURTHER ORDERED** that Defendant's last day to amend its Answer, Defenses, and Verified Counterclaims (Dkt. 16) as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B) is extended to **February 6, 2024**.

**IT IS HEREBY FURTHER ORDERED** that the deadline for filing reply briefs in support of the Pending Motions is extended two weeks to **February 20, 2024**.

**SO ORDERED.**

Dated: January 23, 2024

_____
Hon. Araceli Martínez-Olguín
United States District Court Judge

STIPULATION FOR EXTENSION OF TIME
AND [PROPOSED] ORDER                                          -4-