LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (Bar No. 266966)
eburbidge@lewisllewellyn.com
Kenneth M. Walczak (Bar No. 247389)
kwalczak@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  (415) 800-0590
Facsimile:  (415) 390-2127

Attorneys for Counterclaim-Defendant
XIAOYIN QU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUN THE WORLD, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>XUAN JIANG,<br><br>    Defendant. | Case No. 3:23-CV-03130-AMO<br><br>**COUNTERCLAIM DEFENDANT XIAOYIN QU'S NOTICE OF JOINDER AND JOINDER TO RUN THE WORLD INC.'S MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO CAL. CODE CIV. PROC. § 425.16(C) (DOCKET NO. 83)**<br><br>Local Rule |
| XUAN JIANG, individually and derivatively on behalf of the shareholders of RUN THE WORLD INC.,<br><br>    Counterclaimant,<br><br>  v.<br><br>XIAOYIN QU; CONNIE CHAN; AH CAPITAL MANAGEMENT, LLC dba ANDREESSEN HOROWITZ aka A16Z; RUN THE WORLD INC.; 5TOUCH SOLUTIONS, INC. dba EVENTMOBI (as successor-in-interest to RUN THE WORLD INC.),<br><br>    Counterclaim-Defendants. | Date:   May 16, 2024<br>Time:   2:00pm<br>Judge:  Hon. Araceli Martínez-Olguín<br>Courtroom: 10 (19th Floor)<br><br>Complaint filed: June 23, 2023<br>Trial Date:  Not Set |

**NOTICE OF JOINDER TO MOTION FOR ATTORNEY FEES**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Counterclaim Defendant Xiaoyin Qu will and hereby does join in the Motion for Award of Attorney Fees Pursuant to Cal. Code Civ. Proc. § 425.16(C) filed by Plaintiff and Counterclaim Defendant Run the World, Inc. ("RTW") on March 12, 2024 (Docket No. 83).

For the same reasons, and based upon the same legal authority, cited in RTW's motion, Ms. Qu is entitled to an award of attorney's fees for her counsel's successful work to eliminate the SLAPP claims filed by Counterclaimant Xuan Jiang.  Ms. Qu hereby adopts and incorporates the arguments set forth in RTW's motion as her own.  That motion, and the Counterclaim Defendants' Motions to Dismiss Jiang's Second Amended Counterclaims, are set to be heard on May 16, 2024, at 2:00 p.m., before the Honorable Araceli Martínez-Olguín, Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

With this Joinder, Ms. Qu submits a supporting declaration of her lead counsel, Evangeline A.Z. Burbidge, with an Exhibit documenting counsel's hours worked and fees sought in connection with the anti-SLAPP work.

This Joinder is based on: (1) this Notice of Joinder and Joinder, and supporting Burbidge declaration; (2) the motion filed by RTW and its supporting papers; (3) the pleadings, records, and other papers on file in this action; (4) the arguments of RTW and Ms. Qu's respective counsel at the May 16, 2024 hearing; and (5) any matters of which the Court may take judicial notice or otherwise properly consider.

Dated: March 12, 2024                     Respectfully submitted,

                                          LEWIS & LLEWELLYN LLP

                                          By:     *s/ Kenneth M. Walczak*

                                          _____

                                          Evangeline A.Z. Burbidge
                                          Kenneth M. Walczak

                                          Attorneys for Counterclaim-Defendant
                                          XIAOYIN QU

LEWIS +
LLEWELLYN
LLP