LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (Bar No. 266966)
eburbidge@lewisllewellyn.com
Kenneth M. Walczak (Bar No. 247389)
kwalczak@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127

Attorneys for Counterclaim-Defendant
XIAOYIN QU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUN THE WORLD, INC., <br><br> Plaintiff, <br><br> v. <br><br> XUAN JIANG, <br><br> Defendant. | Case No. 3:23-CV-03130-AMO <br><br> **DECLARATION OF EVANGELINE A.Z. BURBIDGE IN SUPPORT OF XIAOYIN QU'S JOINDER TO MOTION FOR ATTORNEY FEES PURSUANT TO CAL. CODE CIV. PROC. § 425.16(C)** |
| XUAN JIANG, individually and derivatively on behalf of the shareholders of RUN THE WORLD INC., <br><br> Counterclaimant, <br><br> v. <br><br> XIAOYIN QU; CONNIE CHAN; AH CAPITAL MANAGEMENT, LLC dba ANDREESSEN HOROWITZ aka A16Z; RUN THE WORLD INC.; 5TOUCH SOLUTIONS, INC. dba EVENTMOBI (as successor-in-interest to RUN THE WORLD INC.), <br><br> Counterclaim-Defendants. | Date:          May 16, 2024 <br> Time:          2:00pm <br> Judge:        Hon. Araceli Martínez-Olguín <br> Courtroom:  10 (19th Floor) <br><br> Complaint filed:    June 23, 2023 <br> Trial Date:           Not Set |

LEWIS +
LLEWELLYN
LLP

I, Evangeline A.Z. Burbidge, declare as follows:

1.     I am a partner at Lewis & Llewellyn LLP, and lead counsel for counsel for Counterclaim Defendant Xiaoyin Qu in this matter. I have personal knowledge of the matters set forth in this declaration, and if called upon to testify on them, I could and would do so competently.

2.     I submit this declaration in support of Ms. Qu's Joinder to the Motion for Award of Attorney Fees Pursuant to Cal. Code Civ. Proc. § 425.16(c), filed by Plaintiff and Counterclaim Defendant Run the World, Inc. ("RTW"). As set forth in the Joinder, Ms. Qu is entitled to attorney's fees for her work on Anti-SLAPP issues in this matter for the same reasons, and based upon the same authority, as RTW.

3.     I am an attorney with Lewis & Llewellyn LLP and a 2009 graduate of University of Michigan Law School. I received my undergraduate degree from Yale University. My practice focuses on business litigation, including trade secret theft matters, founders' disputes, and employee mobility cases. With regard to recent substantial matters, in 2021, I won $28M for my client as the trial team lead in an arbitration between two multinational companies; in 2023, I obtained a $25.7M jury trial verdict for my client in a trade secret theft litigation. I started my career at Latham & Watkins in San Francisco and moved to Lewis & Llewellyn about 10 years ago. I have been recognized in numerous publications including, but not limited to, Best Lawyers, a peer-reviewed award that is designed to capture the consensus opinion of leading lawyers about the professional abilities of their colleagues; Super Lawyers Magazine, as a Super Lawyer and as a Rising Star before that; Utah Business Magazine as a member of "2022 Legal Elite." I have also been asked to write for California Litigation, the Journal of the California Lawyer's Association's Section of Litigation. I am admitted to practice in both California and Utah state and federal courts. I have been a Member of the Edward J. McFetridge Inn of Court, the Treasurer of the Women Lawyers of Utah, and the Leader of the Barristers Litigation Section for Bar Association of San Francisco. I am currently a Member of Board of Trustees of the McGillis School, a Board Member and Former Board Chair of HEAL Utah, and Class Co-Chair of the Yale Alumni Fund.

4.     In keeping with the rates charged by law firm partners with similar backgrounds and experience in the San Francisco Bay Area, my customary rate for 2024 is $1,035 per hour.

However, as discussed below, I am not seeking my customary rate here, but instead the rate Lewis & Llewellyn actually charged (and charges) the client for my services in this matter, *i.e.*, $845 per hour.

5. My colleague, Kenneth M. Walczak, is an attorney with Lewis & Llewellyn and a 2003 graduate of Harvard Law School. Mr. Walczak practices in the fields of commercial litigation, employment law, small business and regulatory guidance, appellate law, and attorney's fee litigation, on behalf of both plaintiffs and defendants. For more than fifteen years, he practiced civil rights law, impact litigation, and affirmative litigation on behalf of public entities and the people of the State of California. He has obtained published decisions in his clients' favor from the California Court of Appeals, and argued before the Ninth Circuit Court of Appeals, and the Arizona Court of Appeals. He has written *amicus* briefs on behalf of public entities and law professors, published articles on employment litigation and attorney's fees law, and lectured at Yale Law School. He is admitted to practice in California and Illinois.

6. In keeping with the rates charged by litigation attorneys with similar backgrounds and experience in the San Francisco Bay Area, Mr. Walczak's customary rate for 2024 is $825 per hour. However, as discussed below, we are not seeking Mr. Walczak's customary rate, but the rate Lewis & Llewellyn actually charged (and charges) the client for his services in this matter, *i.e.*, $795 per hour.

7. Prior to my firm's involvement in this case, both RTW and Ms. Qu were represented by the firm Conrad Metlitzky Kane LLP. On January 9, 2024, Mark Conrad of that firm submitted a declaration in support of both parties' prior Special Motion to Strike SLAPP Claims (Docket No. 55). In that Declaration, Mr. Conrad declared that he and his colleagues William Cooper and Nathan Theobald spent in excess of 2.4, 11.8, and 26.9 hours, respectively, investigating, researching, drafting, and the underlying Special Motion to Strike SLAPP Claims (Docket No. 54) and related portions of the concurrently filed motion to dismiss (Docket No. 52). *See* Docket No. 55 ¶ 5. Mr. Conrad declared that "RTW and Qu have incurred more than $27,000 in attorneys' fees thus far in bringing this anti-SLAPP motion and related portions of the concurrently filed motion to dismiss." *Id.*

BURBIDGE DECL. ISO XIAOYIN QU ATTORNEY'S FEES
CASE NO. 5:22-cv-01732-NC

8.      Ms. Qu's joinder and this request for fees incorporate that declaration by reference. My office has communicated with Mr. Conrad and confirmed that his office has not done any significant work, or incurred any additional expenses, since filing his declaration on January 9.

9.      After substituting as Ms. Qu's counsel, my office worked diligently on a reply brief in support of the existing Special Motion to Strike SLAPP Claims (Docket No. 54), and related portions of the concurrently filed motion to dismiss (Docket No. 52). We continued that work until Counterclaimant Xuan Jiang amended her counterclaims (Docket No. 58), and the Court entered a minute order dated February 15, 2024 terminating the Special Motion to Strike as moot (Docket No. 66). Thereafter, my office worked diligently on a Special Motion to Strike the SLAPP claims contained in the First Amended Counterclaims.

10.     On or about February 23, 2024, I learned that counsel for Defendant and Counterclaimant Xuan Jiang proposed to file Second Amended Counterclaims, omitting the abuse of process counterclaim, and related allegations. Counterclaim Defendants, including Ms. Qu, ultimately agreed not to oppose that filing, but reserved the right to seek attorney's fees for their prior work on the Anti-SLAPP issues, as permitted by law. The parties ultimately filed a stipulation to that effect (Docket No. 77), which the Court granted on February 27, 2024 (Docket No. 79).

11.     This application therefore includes work my office performed:

- to investigate, research, and draft a reply in support of the Special Motion to Strike SLAPP Claims, prior to February 15, 2024;

- to investigate, research, and draft a Special Motion to Strike the SLAPP claims contained in the First Amended Counterclaims, between February 15, 2024 and February 27, 2024; and

- to prepare the joinder in RTW's Motion for Attorney Fees and this accompanying Declaration.

Our work is documented in more detail in the billing records submitted as **Exhibit 1** for filing herewith.

12.     To account for any potential inefficiency, and the small potential for overlap in some entries between work on the SLAPP claims and work on the claims that survived in the Second

Amended Counterclaims, my office has discounted our customary 2024 rates (as noted above) to the rates actually charged the client, and written off a small amount of costs associated with, *e.g.*, filing fees and legal research, all of which would be customarily borne by the client and recoverable in a fee petition.  We have also declined to seek any compensation for the work of any legal professionals at Lewis & Llewellyn other than myself and Mr. Walczak.

13.    The total amount of attorney's fees and costs sought in this application is **$14,679.50**, as documented more thoroughly in Exhibit 1.

14.    I anticipate that my colleagues and I will spend additional time researching, drafting, and filing a reply brief in support of the Motion for Award of Attorney Fees, as well as preparing for oral argument.  With our reply brief, we will submit a supplemental declaration detailing the additional time spent and amounts sought.

I declare under penalty of perjury that the foregoing is true and correct, this 12th day of March, 2024 in Salt Lake City, Utah.

s/ Evangeline A.Z. Burbidge

Evangeline A.Z. Burbidge

BURBIDGE DECL. ISO XIAOYIN QU ATTORNEY'S FEES
CASE NO. 5:22-cv-01732-NC

# Exhibit 1

# Matter Summary

Date Run: 03/12/2024 | Date Start: 3/1/1900 | Date End: 3/12/2024 | Clients: Qu, Xiaoyin | Matters:  | Users: All | Account Managers: All

| Client | Matter | Date | User | Task Description | Rate | Labor Time/ Quantity | Bill Amount |
|---|---|---|---|---|---|---|---|
| Qu, Xiaoyin | Run the World Litigation | 01/06/2024 | Evangeline Burbidge | CONFERENCES WITH CLIENT REGARDING MOTION TO DISMISS AND ANTI-SLAPP MOTION; EMAILS WITH COUNSEL FOR RUN THE WORLD AS WELL | $845.00 hr | 0.70 | $591.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/08/2024 | Kenneth Walczak | DISCUSS CASE AND RESEARCH NEEDED, WITH E. BURBIDGE (0.8); PERFORM INITIAL RESEARCH ON ANTI-SLAPP PROCEDURE IN STATE AND FEDERAL COURTS (0.7); SUMMARIZE FINDINGS FOR E. BURBIDGE (0.1) | $795.00 hr | 1.60 | $1,272.00 |
| Qu, Xiaoyin | Run the World Litigation | 02/08/2024 | Evangeline Burbidge | EMAILS WITH CO-COUNSEL REGARDING REPLY BREIFING AND RELATED STRATEGY; CALL WITH D. HAYWARD REGARDING CASE STRATEGY, REPLY BRIEFS, AND FILINGS; CONFER WITH K. WALCZAK REGARDING SAME; DRAFT SUBSTITUTION OF COUNSEL FORM; ANALYZE AND REVIEW RESEARCH BY K. WALCZAK REGARDING ANTI-SLAPP LAW; CONFER WITH D. HAWYWARD REGARDING SAME | $845.00 hr | 1.30 | $1,098.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/09/2024 | Kenneth Walczak | DISCUSS ANTI-SLAPP RESEARCH AND CASE POSTURE WITH E. BURBIDGE; BEGIN ADDITIONAL RESEARCH | $795.00 hr | 0.50 | $397.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/09/2024 | Evangeline Burbidge | EMAILS WITH CO-COUNSEL REGARDING ANTI-SLAPP STRATEGY; FOLLOW-UP CALLS REGARDING SAME WITH CO-COUNSEL AND K. WALCZAK, INCLUDING RESEARCH RELATED TO ANTI-SLAPP | $845.00 hr | 0.70 | $591.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/12/2024 | Kenneth Walczak | COMPLETE ADDITIONAL RESEARCH REGARDING ANTI-SLAPP AND AMENDED COMPLAINTS; DRAFT PROPOSED RECOMMENDATION FOR CO-COUNSEL, AND SEND TO E. BURBIDGE FOR REVIEW | $795.00 hr | 2.10 | $1,669.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/15/2024 | Evangeline Burbidge | MULTIPLE CONFERENCES WITH TEAM AND RUN THE WORLD'S COUNSEL REGARDING RESPONSE STRATEGY AND EXTENSION OF TIME; REVISE AND COORDINATE FILING OF RELATED STIPULATION; EMAILS WITH CLIENT AND TEAM; DISCUSS ANTI-SLAPP STRATEGY; MEET AND CONFER WITH OPPOSING COUNSEL | $845.00 hr | 1.00 | $845.00 |
| Qu, Xiaoyin | Run the World Litigation | 02/20/2024 | Kenneth Walczak | DISCUSS BEST COURSE OF ACTION REGARDING ANTI-SLAPP FILINGS, WITH E. BURBIDGE (0.2); REVIEW STIPULATION AND ORDER GRANTING SAME (0.1) | $795.00 hr | 0.30 | $238.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/23/2024 | Evangeline Burbidge | MEET AND CONFER CORRESPONDENCE REGARDING ANTI-SLAPP MOTION; CONFERENCES RELATED TO MOTION TO DISMISS AND ANTI-SLAPP STRATEGY; CALL WITH M. CONRAD | $845.00 hr | 0.50 | $422.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/24/2024 | Kenneth Walczak | PLAN DRAFTING AND STRATEGY ON MOTION TO DISMISS COUNTERCLAIMS AND RENEWED ANTI-SLAPP, WITH E. BURBIDGE | $795.00 hr | 0.30 | $238.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/25/2024 | Kenneth Walczak | REVIEW OFFER TO STIPULATE TO WITHDRAW CERTAIN COUNTERCLAIMS (0.1); RESEARCH AND DRAFTING FOR RENEWED ANTI-SLAPP AND MOTION TO DISMISS (0.6); DISCUSS NEW DEVELOPMENTS AND STRATEGY WITH E. BURBIDGE (0.5) | $795.00 hr | 1.20 | $954.00 |
| Qu, Xiaoyin | Run the World Litigation | 02/25/2024 | Evangeline Burbidge | MULTIPLE CONFERENCES WITH JOINT DEFENSE GROUP REGARDING STRATEGY AND RESPONSE TO PLAINTIFF'S REQUEST TO AMEND; CALL WITH D. HAYWARD AND K. WALCZAK REGARDING ANTI-SLAPP STRATEGY AND FOLLOW-UP RELATED TO SAME | $845.00 hr | 0.90 | $760.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/28/2024 | Kenneth Walczak | REVIEW AND WEIGH IN ON EMAIL CORRESPONDENCE REGARDING EFFECTIVE DATE OF ORDER GRANTING LEAVE TO FILE, PROTOCOL FOR RENEWING ANTI-SLAPP AND MOTIONS TO DISMISS | $795.00 hr | 0.30 | $238.50 |
| Qu, Xiaoyin | Run the World Litigation | 03/03/2024 | Kenneth Walczak | STRATEGIZE REGARDING PREPARATION OF MOTION TO DISMISS AND ANTI-SLAPP ATTORNEYS FEE MOTION | $795.00 hr | 0.10 | $79.50 |
| Qu, Xiaoyin | Run the World Litigation | 03/012/2024 | Kenneth Walczak | DRAFT, FINALIZE, AND FILE ALL PAPERS PERTAINING TO ANTI-SLAPP FEES JOINDER AND SUPPORTING DOCUMENTS | $795.00 hr | 5.90 | $4,690.50 |
| Qu, Xiaoyin | Run the World Litigation | 03/012/2024 | Evangeline Burbidge | CONFERENCES WITH K. WALCZAK REGARDING FEES JOINDER; REVIEW, REVISE AND SIGN SUPPORTING DECLARATION | $845.00 hr | 0.70 | $591.50 |
| | | | | | **TOTALS** | **18.10** | **$14,679.50** |