LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (Bar No. 266966)
eburbidge@lewisllewellyn.com
Kenneth M. Walczak (Bar No. 247389)
kwalczak@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  (415) 800-0590
Facsimile:  (415) 390-2127

Attorneys for Counterclaim-Defendant
XIAOYIN QU

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUN THE WORLD, INC.,<br><br>Plaintiff,<br><br>v.<br><br>XUAN JIANG,<br><br>Defendant. | Case No. 3:23-CV-03130-AMO<br><br>**REPLY DECLARATION OF EVANGELINE A.Z. BURBIDGE IN SUPPORT OF XIAOYIN QU'S JOINDER TO MOTION FOR ATTORNEY FEES PURSUANT TO CAL. CODE CIV. PROC. § 425.16(C)** |
| XUAN JIANG, individually and derivatively on behalf of the shareholders of RUN THE WORLD INC.,<br><br>Counterclaimant,<br><br>v.<br><br>XIAOYIN QU; CONNIE CHAN; AH CAPITAL MANAGEMENT, LLC dba ANDREESSEN HOROWITZ aka A16Z; RUN THE WORLD INC.; 5TOUCH SOLUTIONS, INC. dba EVENTMOBI (as successor-in-interest to RUN THE WORLD INC.),<br><br>Counterclaim-Defendants. | Date:        August 1, 2024<br>Time:        2:00pm<br>Judge:       Hon. Araceli Martínez-Olguín<br>Courtroom:   10 (19th Floor)<br><br>Complaint filed:    June 23, 2023<br>Trial Date:         Not Set |

I, Evangeline A.Z. Burbidge, declare as follows:

1. I am a partner at Lewis & Llewellyn LLP, and lead counsel for counsel for Counterclaim Defendant Xiaoyin Qu in this matter. I have personal knowledge of the matters set forth in this declaration, and if called upon to testify on them, I could and would do so competently.

2. I submit this reply declaration in support of the Motion for Award of Attorney Fees Pursuant to Cal. Code Civ. Proc. § 425.16(c), filed by Plaintiff and Counterclaim Defendant Run the World, Inc. ("RTW"), and in support of Ms. Qu's Joinder thereto. As set forth in the Joinder, Ms. Qu is entitled to attorney's fees for her work on Anti-SLAPP issues in this matter for the same reasons, and based upon the same authority, as RTW.

3. Counsel for the Counterclaim Defendants, including myself and Daniel Hayward, RTW's attorney, met and conferred with Thomas Krzeminski, attorney for Jiang, on February 26, 2024.

4. On that date, we emphasized that RTW and Ms. Qu intended to move for attorney's fees in connection with our Anti-SLAPP motions, even after Jiang withdrew the challenged counterclaims.

5. Submitted herewith for filing as **Exhibit A** is a true and correct copy of an email thread between the aforementioned attorneys, dated February 26, 2024. In a message from 8:05 am that day, Mr. Hayward writes to Mr. Krzeminski: "The stipulation must expressly state that the Counterclaim-Defendants reserve the right to seek an award of attorney fees and costs in connection with the above-referenced Twentieth Counterclaim and other allegations referenced in your February 23, 2024 email[.]"

6. Submitted herewith for filing as **Exhibit B** is a true and correct copy of the redlined revisions Mr. Hayward provided Mr. Krzeminski as an attachment to his (Mr. Hayward's) email message of 3:19 pm on February 26, 2024. That redline inserts the following language: "Counterclaim-Defendants reserve the right to seek statutory attorney's fees and costs for their work pursuing relief under the Anti-SLAPP law, prior to the amendment."

7. Mr. Krzeminski agreed to the proposed amendments. The language reserving the Counterclaim Defendants' right to file the instant motion for attorney's fees appears in the

2

Stipulation and [Proposed] Order filed with the Court. *See* Docket No. 77, filed 2/26/24, enumerated Paragraph 3.

8. As noted in my prior declaration, I expect that my colleagues and I will spend additional time preparing for oral argument. Rather than supplement our hours expended to date now, we now intend to provide a supplemental declaration detailing ***all*** additional time spent and amounts sought on the attorney's fees matter, following oral argument on August 1, 2024. We will, of course, provide updated calculations sooner than that, should the Court so request.

I declare under penalty of perjury that the foregoing is true and correct, this 2nd day of April, 2024 in Salt Lake City, Utah.

*s/ Evangeline A.Z. Burbidge*

Evangeline A.Z. Burbidge

# Exhibit A

| | |
|---|---|
| **From:** | Tom Krzeminski |
| **To:** | Dan Hayward |
| **Cc:** | Carol Hanna; Clarice Dionisio; Evangeline A.Z. Burbidge; Robert Dotson; Jimmy Jacobs; Valerie Wagner; Kenneth M. Walczak; douglas.winthrop@aporter.com; Waters, Katharine |
| **Subject:** | RE: Run The World Inc. v. Xuan Jiang; proposed amendment |
| **Date:** | Monday, February 26, 2024 4:01:52 PM |

Counsel,

We are fine with your changes. Please let us know which e-signatures to use for each party, and we will file the revised version today.

Regards,
Tom

**Thomas P. Krzeminski**
Partner

# maschoff
# brennan

**From:** Dan Hayward <dhayward@dotsonlaw.legal>
**Sent:** Monday, February 26, 2024 3:19 PM
**To:** Tom Krzeminski <TKrzeminski@mabr.com>
**Cc:** Carol Hanna <CHanna@mabr.com>; Clarice Dionisio <CDionisio@mabr.com>; Evangeline A.Z. Burbidge <eburbidge@lewisllewellyn.com>; Robert Dotson <rdotson@dotsonlaw.legal>; Jimmy Jacobs <JJacobs@gcalaw.com>; Valerie Wagner <vwagner@gcalaw.com>; Kenneth M. Walczak <kwalczak@lewisllewellyn.com>; douglas.winthrop@aporter.com; Waters, Katharine <Katharine.Waters@arnoldporter.com>
**Subject:** RE: Run The World Inc. v. Xuan Jiang; proposed amendment

Mr. Krzeminski,

Plaintiff and Counterclaim-Defendants propose the revisions set forth in the attached redline. Thanks very much.

**Daniel T. Hayward**
Dotson Law
5355 Reno Corporate Drive
Suite #100
Reno, Nevada  89511
Office: (775) 501-9400
Email: dhayward@dotsonlaw.legal
*Member of the American Board of Trial Advocates*

Notice: The information in this transmittal is confidential and may be attorney privileged. If you are

not the intended recipient, or the agent responsible to deliver it to the intended recipient, you must not read, use or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Dotson Law for any loss or damage arising in any way from its use.  If you have received this communication in error, please immediately notify the sender at (775) 501-9400 or by electronic mail (dhayward@dotsonlaw.legal).

---

**From:** Tom Krzeminski <TKrzeminski@mabr.com>
**Sent:** Monday, February 26, 2024 2:24 PM
**To:** Dan Hayward <dhayward@dotsonlaw.legal>
**Cc:** Carol Hanna <CHanna@mabr.com>; Clarice Dionisio <CDionisio@mabr.com>; Evangeline A.Z. Burbidge <eburbidge@lewisllewellyn.com>; Robert Dotson <rdotson@dotsonlaw.legal>; Jimmy Jacobs <JJacobs@gcalaw.com>; Valerie Wagner <vwagner@gcalaw.com>; Kenneth M. Walczak <kwalczak@lewisllewellyn.com>; douglas.winthrop@aporter.com; Waters, Katharine <Katharine.Waters@arnoldporter.com>
**Subject:** RE: Run The World Inc. v. Xuan Jiang; proposed amendment

Counsel,

Attached please find the following documents for filing today:

- Stipulation and [Proposed Order]
- Exhibit 1 (Second Amended Counterclaims, including a redline version of same)

Please let us know if we have your consent to file and which attorneys we should use for the e-signatures.

Regards,
Tom

**Thomas P. Krzeminski**
Partner

# maschoff
# brennan

---

**From:** Dan Hayward <dhayward@dotsonlaw.legal>
**Sent:** Monday, February 26, 2024 8:05 AM
**To:** Tom Krzeminski <TKrzeminski@mabr.com>
**Cc:** Carol Hanna <CHanna@mabr.com>; Clarice Dionisio <CDionisio@mabr.com>; Evangeline A.Z. Burbidge <eburbidge@lewisllewellyn.com>; Robert Dotson <rdotson@dotsonlaw.legal>; Jimmy Jacobs <JJacobs@gcalaw.com>; Valerie Wagner <vwagner@gcalaw.com>; Kenneth M. Walczak <kwalczak@lewisllewellyn.com>; douglas.winthrop@aporter.com; Waters, Katharine

<Katharine.Waters@arnoldporter.com>
**Subject:** RE: Run The World Inc. v. Xuan Jiang; proposed amendment

Mr. Krzeminski,

Thank you for your recent email. The Counterclaim-Defendants are each willing to stipulate that the Court may enter its order authorizing your client to further amend her counterclaims to withdraw the Twentieth Counterclaim and the other allegations referenced in your February 23, 2024 email. The stipulation must expressly state that the Counterclaim-Defendants reserve the right to seek an award of attorney fees and costs in connection with the above-referenced Twentieth Counterclaim and other allegations referenced in your February 23, 2024 email, and that the response to the Second Amended Counterclaims will be due 14 days after service as per FRCP 15(a)(3).

**Daniel T. Hayward**
Dotson Law
5355 Reno Corporate Drive
Suite #100
Reno, Nevada  89511
Office: (775) 501-9400
Email: dhayward@dotsonlaw.legal
*Member of the American Board of Trial Advocates*

Notice: The information in this transmittal is confidential and may be attorney privileged. If you are not the intended recipient, or the agent responsible to deliver it to the intended recipient, you must not read, use or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Dotson Law for any loss or damage arising in any way from its use.  If you have received this communication in error, please immediately notify the sender at (775) 501-9400 or by electronic mail (dhayward@dotsonlaw.legal).

---

**From:** Tom Krzeminski <TKrzeminski@mabr.com>
**Sent:** Friday, February 23, 2024 11:59 AM
**To:** Evangeline A.Z. Burbidge <eburbidge@lewisllewellyn.com>; Mark Conrad <mconrad@conmetkane.com>; Will Cooper <wcooper@conmetkane.com>; Robert Dotson <rdotson@dotsonlaw.legal>; Dan Hayward <dhayward@dotsonlaw.legal>; Jimmy Jacobs <JJacobs@gcalaw.com>; david.reis@apks.com; Nathan Theobald <ntheobald@conmetkane.com>; Valerie Wagner <vwagner@gcalaw.com>; Kenneth M. Walczak <kwalczak@lewisllewellyn.com>; Waters, Katharine <Katharine.Waters@arnoldporter.com>; douglas.winthrop@aporter.com
**Cc:** Carol Hanna <CHanna@mabr.com>; Clarice Dionisio <CDionisio@mabr.com>
**Subject:** Run The World Inc. v. Xuan Jiang; proposed amendment

Counsel,

Now that the Court has dismissed the SLAPP motions, we intend to further amend Ms. Jiang's

counterclaims to remove the allegations/counterclaim at issue to avoid motion practice on the issue. Specifically, we intend to withdraw via amendment the following allegations from Ms. Jiang's Amended Counterclaims, Dkt. No. 58:

- ¶ 61, in its entirety
- ¶ 76, "by initiating and maintaining frivolous and meritless legal actions on behalf of RTW for her own personal gain, and"
- ¶ 90, "by initiating and maintaining frivolous and meritless legal actions on behalf of RTW for her own personal gain, and"
- ¶ 112, "by initiating and maintaining frivolous and meritless legal actions on behalf of RTW for her own personal gain, and"
- ¶ 118, "by initiating and maintaining frivolous and meritless legal actions on behalf of RTW for her own personal gain, and"
- Twentieth Counterclaim, in its entirety (ie, ¶¶ 237-242)

The proposed amendment is designed to resolve any potential dispute regarding the issues raised in the now-dismissed SLAPP motions. If you believe other allegations not mentioned above are also implicated, please let us know by the morning of Monday, February 26.

**Please inform us by noon PT on Monday, February 26**, whether we have your agreement to the foregoing proposed amendment. Assuming all parties consent to the amendment, we will circulate a proposed stipulation/redlined pleading on Monday and plan to file the same with the Court by Monday evening. If you do not consent, please let us know your availability for a meet and confer on Monday afternoon at 1 pm PT, in advance of our moving to amend later that same day (ie, before the Tuesday deadline for counterclaim-defendants' responses to the amended counterclaims).

Regards,
Tom

**Thomas P. Krzeminski**
Partner

D 949.202.1901
tkrzeminski@mabr.com
mabr.com • bio

# maschoff
# brennan

**CAUTION:** External Sender

**CAUTION:** External Sender

# Exhibit B

James L. Jacobs (CA Bar No. 158277)
jjacobs@gcalaw.com
Valerie M. Wagner (CA Bar No. 173146)
vwagner@gcalaw.com
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040
Tel: (650) 428-3900

Robert A. Dotson (admitted *pro hac vice*)
rdotson@dotsonlaw.legal
Daniel T. Hayward (admitted *pro hac vice*)
dhayward@dotsonlaw.legal
DOTSON LAW
5355 Reno Corporate Dr., Ste 100
Reno, NV 89511
Tel: (775) 501-9400

*Attorneys for Plaintiff and Counterclaim-Defendant Run The World, Inc.*

David J. Reis (CA Bar No. 155782)
david.reis@arnoldporter.com
Douglas A. Winthrop (CA Bar No. 183532)
douglas.winthrop@arnoldporter.com
Katharine Waters (CA Bar No. 347654)
katharine.waters@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER
LLP
Three Embarcadero Center 10th Floor
San Francisco, CA 94111-4024
Tel: (415) 471-3100
Fax: (415) 471-3400

*Attorneys for AH Capital Management, LLC and Connie Chan*

Thomas P. Krzeminski (CA Bar No. 213714)
tkrzeminski@mabr.com
Carol A. Hanna Girgis (CA Bar No. 327099)
channa@mabr.com
MASCHOFF BRENNAN
100 Spectrum Center Drive
Suite 1200
Irvine, CA 92618
Telephone:     (949) 202-1900
Facsimile:      (949) 453-1104

*Attorneys for Defendant and Counterclaimant Xuan Jiang, individually and derivatively on behalf of the shareholders of Run The World Inc.*

Evangeline A.Z. Burbridge (Bar No. 266966)
eburbidge@lewisllewellyn.com
Kenneth M. Walczak (Bar No. 247389)
kwalczak@ lewisllewellyn.com
LEWIS & LLEWELLYN LLP
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 800-0590
Fax: (415) 390-2127

*Attorneys for Counterclaim-Defendant Xiaoyin Qu*

**Formatted:** Spanish (Spain)

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

RUN THE WORLD INC.,

        Plaintiff,

    v.

XUAN JIANG,

        Defendant.

Case No. 3:23-cv-03130-AMO

**STIPULATION AND [PROPOSED] ORDER**

STIPULATION AND [PROPOSED] ORDER

XUAN JIANG, individually and derivatively on behalf of the shareholders of RUN THE WORLD INC.,

        Counterclaimant,

v.

XIAOYIN QU; CONNIE CHAN; AH CAPITAL MANAGEMENT, LLC dba ANDREESSEN HOROWITZ aka A16Z; RUN THE WORLD INC.,

        Counterclaim-defendants.

WHEREAS, on February 14, 2024, the Court issued an Order, Dkt. No. 66, terminating as moot all pending Motions (*i.e.*, Dkt. Nos. 50, 51, 52, 54) by Counterclaim-Defendants;

WHEREAS, in view of the Court's Order terminating all pending Motions, Counterclaimant Xuan Jiang seeks to further amend her Counterclaims to moot the issues raised in Counterclaim-Defendants' now dismissed terminated Special Motions to Strike (Dkt. Nos. 51, 54);

WHEREAS, Counterclaim-Defendants consent to the filing of Counterclaimant's Second Amended Counterclaims (attached hereto as Exhibit 1) ("Second Amended Counterclaims");

WHEREAS, the parties agree that Counterclaim-Defendant's deadline for responding to Counterclaimant's Second Amended Counterclaims shall be fourteen (14) days after the filing of Counterclaimant's Second Amended Counterclaims;

WHEREAS, Counterclaim-Defendants wish to reserve the right to seek an award of attorney fees and costs in connection with the allegations withdrawn via Counterclaimant's Second Amended Counterclaims;

WHEREAS, Counterclaimant contends that no attorney fees or costs are recoverable, as the instant amendment is being made after the Court's termination of all pending motions;

IT IS HEREBY STIPULATED, by and between the parties, that:

1. Counterclaimant should be granted leave to amend to file her Second Amended Counterclaims (attached hereto as Exhibit 1); and

STIPULATION AND [PROPOSED] ORDER       -2-

2.  Counterclaim-Defendants' deadline for responding to Counterclaimant's Second Amended Counterclaims shall be fourteen (14) days after the filing of Counterclaimant's Second Amended Counterclaims.

~~2.~~3.Counterclaim-Defendants reserve the right to seek statutory attorney's fees and costs for their work pursuing relief under the Anti-SLAPP law, prior to the amendment.  Counterclaimant reserves the right to oppose any such motion.

Respectfully submitted,

Dated: February 26, 2024                DOTSON LAW

                                        /s/  DRAFT
                                        Daniel T. Hayward
                                        *Attorney for Plaintiff and Counterclaim-
                                        Defendant Run The World Inc.*

Dated: February 26, 2024                MASCHOFF BRENNAN

                                        /s/  DRAFT
                                          Thomas P. Krzeminski

                                        *Attorney for Defendant and Counterclaimant
                                        Xuan Jiang*

Dated: February 26, 2024                ARNOLD & PORTER KAYE SCHOLER LLP

                                        /s/  DRAFT
                                          Douglas A. Winthrop

                                        *Attorneys for Counterclaim-Defendants AH
                                        Capital Management, LLC and Connie Chan*

Dated: February 26, 2024                LEWIS & LLEWELLYN LLP

                                        /s/  DRAFT
                                          Evangeline A.Z. Burbridge

STIPULATION AND [PROPOSED] ORDER          -3-

*Attorneys for Counterclaim-Defendant*
*Xiaoyin Qu*

**ORDER**

The Court, having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Counterclaimant is granted leave to amend to file her Second Amended Counterclaims (attached hereto as Exhibit 1);

**IT IS HEREBY FURTHER ORDERED** that Counterclaim-Defendants' deadline for responding to Counterclaimant's Second Amended Counterclaims shall be fourteen (14) days after the filing of Counterclaimant's Second Amended Counterclaims; and

**IT IS HEREBY FURTHER ORDERED** that Counterclaimant's Second Amended Counterclaims shall be deemed filed as of the date this Order is transmitted via the CM/ECF system.

**SO ORDERED.**

Dated: _____          _____
                             Hon. Araceli Martínez-Olguín
                             United States District Court Judge