ROBERT A. DOTSON (NV Bar No. 5285)
*Admitted pro hac vice*
DANIEL T. HAYWARD (NV Bar No. 5986)
*Admitted pro hac vice*
DOTSON LAW
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
Tel: (775) 501-9400
Email:  rdotson@dotsonlaw.legal
         dhayward@dotsonlaw.legal

JAMES L. JACOBS (CA Bar No. 158277)
VALERIE M. WAGNER (CA Bar No. 173146)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 400
Mountain View, CA 94040
Tel: (650) 428-3900
Email: jjacobs@gcalaw.com
         vwagner@gcalaw.com
Attorneys for Plaintiff/Counterclaim-Defendant
RUN THE WORLD, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUN THE WORLD INC., <br><br> Plaintiff, <br><br> vs. <br><br> XUAN JIANG, <br><br> Defendants. | Case No.:  3:23-cv-03130-AMO |
| XUAN JIANG, individually and derivatively on behalf of the shareholders of RUN THE WORLD INC., <br><br> Counterclaimant, <br><br> vs. <br><br> XIAOYIN QU; CONNIE CHAN; AH CAPITAL MANAGEMENT, LLC dba ANDREESSEN HOROWITZ aka A16Z; RUN THE WORLD INC.; 5TOUCH SOLUTIONS, INC. dba EVENTMOBI (as successor-in-interest to RUN THE WORLD INC.), <br><br> Counterclaim-defendants | **[PROPOSED] ORDER GRANTING RUN THE WORLD, INC.'S RENEWED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO CAL. CODE CIV. PROC. § 425.16(C)** <br><br> Date:    January 16, 2025 <br> Time:   2:00 p.m. <br> Judge:  Hon. Araceli Martínez-Olguín <br> Courtroom: No. 10 (19th Floor) |

DOTSON LAW
5355 RENO CORPORATE DR.
SUITE #100
RENO, NEVADA 89511

CASE NO.: 3:23-cv-03130-AMO          1    [PROPOSED] ORDER GRANTING RTW'S RENEWED MTN
FOR AWARD OF ATTORNEY FEES

This matter is before the Court on Plaintiff and Counterclaim-Defendant Run The World, Inc.'s Renewed Motion for Award of Attorney Fees Pursuant to Cal. Code Civ. Proc. § 425.16(c) (the "Motion"). Having considered the papers submitted in support of and in opposition to the Motion, and the arguments of counsel, the Motion is hereby **GRANTED**. The Court awards Run The World, Inc. the sum of $_____ in attorney fees against Counterclaimant Xuan Jiang.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
ARACELI MARTINEZ-OLGUIN
UNITED STATES DISTRICT COURT JUDGE

DOTSON LAW
5355 RENO CORPORATE DR.
SUITE #100
RENO, NEVADA 89511

CASE NO.: 3:23-cv-03130-AMO                2    [PROPOSED] ORDER GRANTING RTW'S RENEWED MTN
                                                FOR AWARD OF ATTORNEY FEES