LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (Bar No. 266966)
eburbidge@lewisllewellyn.com
Kenneth M. Walczak (Bar No. 247389)
kwalczak@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

Attorneys for Counterclaim-Defendant
XIAOYIN QU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUN THE WORLD, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>XUAN JIANG,<br><br>        Defendant. | Case No. 3:23-CV-03130-AMO<br><br>**DECLARATION OF EVANGELINE A.Z. BURBIDGE IN SUPPORT OF FORMER COUNTERCLAIM DEFENDANT XIAOYIN QU'S MOTION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO CAL. CODE CIV. PROC. § 425.16(C) AND THE COURT'S ORDER (DOCKET NO. 114)** |
| XUAN JIANG, individually and derivatively on behalf of the shareholders of RUN THE WORLD INC.,<br><br>        Counterclaimant,<br><br>    v.<br><br>XIAOYIN QU; CONNIE CHAN; AH CAPITAL MANAGEMENT, LLC dba ANDREESSEN HOROWITZ aka A16Z; RUN THE WORLD INC.; 5TOUCH SOLUTIONS, INC. dba EVENTMOBI (as successor-in-interest to RUN THE WORLD INC.),<br><br>        Counterclaim-Defendants. | Date:        January 16, 2025<br>Time:       2:00 p.m.<br>Judge:     Hon. Araceli Martínez-Olguín<br>Courtroom: 10 (19th Floor)<br><br>Complaint filed:    June 23, 2023<br>Trial Date:       Not Set |

BURBIDGE DECL. ISO XIAOYIN QU ATTORNEY'S FEES
CASE NO. 3:23-CV-03130-AMO

LEWIS +
LLEWELLYN
LLP

I, Evangeline A.Z. Burbidge, declare as follows:

1. I am a partner at Lewis & Llewellyn LLP, and lead counsel for counsel for former Counterclaim Defendant Xiaoyin Qu in this matter. I have personal knowledge of the matters set forth in this declaration, and if called upon to testify on them, I could and would do so competently.

2. I submit this declaration in support of the Motion for Award of Attorney's Fees Pursuant to Cal. Code Civ. Proc. § 425.16(c), filed by Ms. Qu. As set forth in the Motion and in the prior iterations of the fees motions filed by Ms. Qu and by Plaintiff and Counterclaimant Run the World Inc. ("RTW"), Ms. Qu is entitled to attorney's fees for her work on Anti-SLAPP issues in this matter.

3. Counsel for the Counterclaim Defendants, including myself and Daniel Hayward, RTW's attorney, met and conferred with Thomas Krzeminski, attorney for Jiang, on August 13, 2023.

4. During that call, I told counsel for Ms. Jiang that Ms. Qu intended to move for attorney's fees in connection with our Anti-SLAPP motions and, pursuant to the Court's directive at the August 1, 2024 hearing, that we intended to document our time with a declaration sponsoring our billing records.

5. Submitted herewith for filing as **Exhibit 1** is a true and correct copy of the billing records generated by my firm's timekeeping system, Bill4Time. As noted in my prior declarations (Docket Nos. 86-1 and 100-1), these records include time spent by my office to and through the August 1, 2024 hearing, to dismiss the improper SLAPP claims among Jiang's counterclaims.

6. Prior to my firm's involvement in this case, both RTW and Ms. Qu were represented by the firm Conrad Metlitzky Kane LLP. On January 9, 2024, Mark Conrad of that firm submitted a declaration in support of both parties' prior Special Motion to Strike SLAPP Claims (Docket No. 55). In that Declaration, Mr. Conrad declared that he and his colleagues William Cooper and Nathan Theobald spent in excess of 2.4, 11.8, and 26.9 hours, respectively, investigating, researching, drafting, and the underlying Special Motion to Strike SLAPP Claims (Docket No. 54) and related portions of the concurrently filed motion to dismiss (Docket No. 52). *See* Docket No. 55 ¶ 5. Mr. Conrad declared that "RTW and Qu have incurred more than $27,000 in attorneys' fees

LEWIS +
LLEWELLYN
LLP

thus far in bringing this anti-SLAPP motion and related portions of the concurrently filed motion to dismiss." *Id*.

7. This request for fees incorporates that declaration by reference. My office has communicated with Mr. Conrad and confirmed that his office has not done any significant work, or incurred any additional expenses, since filing his declaration on January 9, 2024.

8. After substituting as Ms. Qu's counsel, my office worked diligently on a reply brief in support of the existing Special Motion to Strike SLAPP Claims (Docket No. 54), and related portions of the concurrently filed motion to dismiss (Docket No. 52). We continued that work until Counterclaimant Xuan Jiang amended her counterclaims (Docket No. 58), and the Court entered a minute order dated February 15, 2024 terminating the Special Motion to Strike as moot (Docket No. 66). Thereafter, my office worked diligently on a Special Motion to Strike the SLAPP claims contained in the First Amended Counterclaims.

9. On or about February 23, 2024, I learned that counsel for Defendant and Counterclaimant Xuan Jiang proposed to file Second Amended Counterclaims, omitting the abuse of process counterclaim, and related allegations. Counterclaim Defendants, including Ms. Qu, ultimately agreed not to oppose that filing, but reserved the right to seek attorney's fees for their prior work on the Anti-SLAPP issues, as permitted by law. The parties ultimately filed a stipulation to that effect (Docket No. 77), which the Court granted on February 27, 2024 (Docket No. 79).

10. After Ms. Qu prevailed on her anti-SLAPP motion (by obtaining the withdrawal of Jiang's SLAPP claims), my office prepared a joinder in RTW's motion for reasonable attorney's fees, supported by my declaration and billing records (Docket No. 86). Jiang opposed the fee petitions (Docket No. 91), and my office prepared and filed a Reply brief (Docket No. 100).

11. The Court set the attorney's fee issue for hearing on August 1, 2024. I then prepared diligently for the hearing, with input from my colleague Kenneth M. Walczak, attended the hearing before this Court, and answered the Court's questions concerning the meet and confer process.

12. This application therefore includes work my office performed:

- to investigate, research, and draft a reply in support of the Special Motion to Strike SLAPP Claims, prior to February 15, 2024;

3

LEWIS +
LLEWELLYN
LLP

- to investigate, research, and draft a Special Motion to Strike the SLAPP claims contained in the First Amended Counterclaims, between February 15, 2024 and February 27, 2024;

- to investigate, research, draft, and file Ms. Qu's joinder in RTW's Motion on March 12, 2024, and supporting papers;

- to investigate, research, draft, and file the reply brief and supporting declaration, on April 2, 2024; and

- to prepare for and take the lead on arguing the fees issue for the counter-defendants at the August 1, 2024 hearing.

13. To account for any potential inefficiency, and the small potential for overlap in some entries between work on the SLAPP claims and work on the claims that survived in the Second Amended Counterclaims, my office has discounted our customary 2024 rates (as noted above) to the rates actually charged the client, and written off a small amount of costs associated with, *e.g.*, filing fees and legal research, all of which would be customarily borne by the client and recoverable in a fee petition. We have also declined to seek any compensation for the work of any legal professionals at Lewis & Llewellyn other than myself and Mr. Walczak.

14. Although such fees are compensable under the law, we have also written off all time spent since the August 1, 2024 hearing, *e.g.*, all time spent to prepare the instant fee petition and this declaration, including the time spent in connection with the meet and confer. We have also discounted certain time entries, as indicated in the attached Exhibit. The individual discounts total more than $7,000, or nearly 25% of the overall amount sought.

15. I am an attorney with Lewis & Llewellyn LLP and a 2009 graduate of University of Michigan Law School. I received my undergraduate degree from Yale University. My practice focuses on business litigation, including trade secret theft matters, founders' disputes, and employee mobility cases. With regard to recent substantial matters, in 2021, I won $28M for my client as the trial team lead in an arbitration between two multinational companies; in 2023, I obtained a $25.7M jury trial verdict for my client in a trade secret theft litigation. I started my career at Latham & Watkins in San Francisco and moved to Lewis & Llewellyn over 10 years ago. This year, I was

named one of the Daily Journal's Top 100 Women Lawyers in California for 2024. I have been recognized in numerous other publications including, but not limited to, Best Lawyers, a peer-reviewed award that is designed to capture the consensus opinion of leading lawyers about the professional abilities of their colleagues; Super Lawyers Magazine, as a Super Lawyer and as a Rising Star before that; Utah Business Magazine as a member of "2022 Legal Elite." I have also been asked to write for CALIFORNIA LITIGATION, the Journal of the California Lawyer's Association's Section of Litigation. I am admitted to practice in both California and Utah state and federal courts. I have been a Member of the Edward J. McFetridge Inn of Court, the Treasurer of the Women Lawyers of Utah, and the Leader of the Barristers Litigation Section for Bar Association of San Francisco. I am currently a Member of Board of Trustees of the McGillis School, a Board Member and Former Board Chair of HEAL Utah, and Class Co-Chair of the Yale Alumni Fund.

16. In keeping with the rates charged by law firm partners with similar backgrounds and experience in the San Francisco Bay Area, my customary rate for 2024 is $1,035 per hour. However, as noted, I am not seeking my customary rate here, but instead the rate Lewis & Llewellyn actually charged (and charges) the client for my services in this matter, *i.e.*, $845 per hour.

17. My colleague, Kenneth M. Walczak, is an attorney with Lewis & Llewellyn and a 2003 graduate of Harvard Law School. Mr. Walczak practices in the fields of commercial litigation, employment law, small business and regulatory guidance, appellate law, and attorney's fee litigation, on behalf of both plaintiffs and defendants. For more than fifteen years, he practiced civil rights law, impact litigation, and affirmative litigation on behalf of public entities and the people of the State of California. He has obtained published decisions in his clients' favor from the California Court of Appeals, and argued before the Ninth Circuit Court of Appeals, and the Arizona Court of Appeals. He has written amicus briefs on behalf of public entities and law professors, published articles on employment litigation and attorney's fees law, and lectured at Yale Law School. He is admitted to practice in California and Illinois.

18. In keeping with the rates charged by litigation attorneys with similar backgrounds and experience in the San Francisco Bay Area, Mr. Walczak's customary rate for 2024 is $825 per hour. However, as noted, we are not seeking Mr. Walczak's customary rate, but the rate Lewis &

5

LEWIS +
LLEWELLYN
LLP

Llewellyn actually charged (and charges) the client for his services in this matter, *i.e.*, $795 per hour.

19. The total amount of attorney's fees sought in this application is $28,204.25, as documented more thoroughly in Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct, this 20th day of August, 2024 in Salt Lake City, Utah.

Evangeline A.Z. Burbidge

LEWIS +
LLEWELLYN
LLP

EXHIBIT 1

# Matter Summary

Date Run: 03/12/2024 | Date Start: 3/1/1900 | Date End: 3/12/2024 | Clients: Qu, Xiaoyin | Matters:  | Users: All | Account Managers: All

| Client | Matter | Date | User | Task Description | Rate | Labor Time/ Quantity | Bill Amount |
|---|---|---|---|---|---|---|---|
| Qu, Xiaoyin | Run the World Litigation | 01/06/2024 | Evangeline Burbidge | CONFERENCES WITH CLIENT REGARDING MOTION TO DISMISS AND ANTI-SLAPP MOTION; EMAILS WITH COUNSEL FOR RUN THE WORLD AS WELL | $845.00 hr | 0.70 | $591.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/08/2024 | Kenneth Walczak | DISCUSS CASE AND RESEARCH NEEDED, WITH E. BURBIDGE (0.8); PERFORM INITIAL RESEARCH ON ANTI-SLAPP PROCEDURE IN STATE AND FEDERAL COURTS (0.7); SUMMARIZE FINDINGS FOR E. BURBIDGE (0.1) | $795.00 hr | 1.60 | $1,272.00 |
| Qu, Xiaoyin | Run the World Litigation | 02/08/2024 | Evangeline Burbidge | EMAILS WITH CO-COUNSEL REGARDING REPLY BREIFING AND RELATED STRATEGY; CALL WITH D. HAYWARD REGARDING CASE STRATEGY, REPLY BRIEFS, AND FILINGS; CONFER WITH K. WALCZAK REGARDING SAME; DRAFT SUBSTITUTION OF COUNSEL FORM; ANALYZE AND REVIEW RESEARCH BY K. WALCZAK REGARDING ANTI-SLAPP LAW; CONFER WITH D. HAWYWARD REGARDING SAME | $845.00 hr | 1.30 | $1,098.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/09/2024 | Kenneth Walczak | DISCUSS ANTI-SLAPP RESEARCH AND CASE POSTURE WITH E. BURBIDGE; BEGIN ADDITIONAL RESEARCH | $795.00 hr | 0.50 | $397.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/09/2024 | Evangeline Burbidge | EMAILS WITH CO-COUNSEL REGARDING ANTI-SLAPP STRATEGY; FOLLOW-UP CALLS REGARDING SAME WITH CO-COUNSEL AND K. WALCZAK, INCLUDING RESEARCH RELATED TO ANTI-SLAPP | $845.00 hr | 0.70 | $591.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/12/2024 | Kenneth Walczak | COMPLETE ADDITIONAL RESEARCH REGARDING ANTI-SLAPP AND AMENDED COMPLAINTS; DRAFT PROPOSED RECOMMENDATION FOR CO-COUNSEL, AND SEND TO E. BURBIDGE FOR REVIEW | $795.00 hr | 2.10 | $1,669.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/15/2024 | Evangeline Burbidge | MULTIPLE CONFERENCES WITH TEAM AND RUN THE WORLD'S COUNSEL REGARDING RESPONSE STRATEGY AND EXTENSION OF TIME; REVISE AND COORDINATE FILING OF RELATED STIPULATION; EMAILS WITH CLIENT AND TEAM; DISCUSS ANTI-SLAPP STRATEGY; MEET AND CONFER WITH OPPOSING COUNSEL | $845.00 hr | 1.00 | $845.00 |
| Qu, Xiaoyin | Run the World Litigation | 02/20/2024 | Kenneth Walczak | DISCUSS BEST COURSE OF ACTION REGARDING ANTI-SLAPP FILINGS, WITH E. BURBIDGE (0.2); REVIEW STIPULATION AND ORDER GRANTING SAME (0.1) | $795.00 hr | 0.30 | $238.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/23/2024 | Evangeline Burbidge | MEET AND CONFER CORRESPONDENCE REGARDING ANTI-SLAPP MOTION; CONFERENCES RELATED TO MOTION TO DISMISS AND ANTI-SLAPP STRATEGY; CALL WITH M. CONRAD | $845.00 hr | 0.50 | $422.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/24/2024 | Kenneth Walczak | PLAN DRAFTING AND STRATEGY ON MOTION TO DISMISS COUNTERCLAIMS AND RENEWED ANTI-SLAPP, WITH E. BURBIDGE | $795.00 hr | 0.30 | $238.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/25/2024 | Kenneth Walczak | REVIEW OFFER TO STIPULATE TO WITHDRAW CERTAIN COUNTERCLAIMS (0.1); RESEARCH AND DRAFTING FOR RENEWED ANTI-SLAPP AND MOTION TO DISMISS (0.6); DISCUSS NEW DEVELOPMENTS AND STRATEGY WITH E. BURBIDGE (0.5) | $795.00 hr | 1.20 | $954.00 |
| Qu, Xiaoyin | Run the World Litigation | 02/25/2024 | Evangeline Burbidge | MULTIPLE CONFERENCES WITH JOINT DEFENSE GROUP REGARDING STRATEGY AND RESPONSE TO PLAINTIFF'S REQUEST TO AMEND; CALL WITH D. HAYWARD AND K. WALCZAK REGARDING ANTI-SLAPP STRATEGY AND FOLLOW-UP RELATED TO SAME | $845.00 hr | 0.90 | $760.50 |
| Qu, Xiaoyin | Run the World Litigation | 02/28/2024 | Kenneth Walczak | REVIEW AND WEIGH IN ON EMAIL CORRESPONDENCE REGARDING EFFECTIVE DATE OF ORDER GRANTING LEAVE TO FILE, PROTOCOL FOR RENEWING ANTI-SLAPP AND MOTIONS TO DISMISS | $795.00 hr | 0.30 | $238.50 |
| Qu, Xiaoyin | Run the World Litigation | 03/03/2024 | Kenneth Walczak | STRATEGIZE REGARDING PREPARATION OF MOTION TO DISMISS AND ANTI-SLAPP ATTORNEYS FEE MOTION | $795.00 hr | 0.10 | $79.50 |
| Qu, Xiaoyin | Run the World Litigation | 03/012/2024 | Kenneth Walczak | DRAFT, FINALIZE, AND FILE ALL PAPERS PERTAINING TO ANTI-SLAPP FEES JOINDER AND SUPPORTING DOCUMENTS | $795.00 hr | 5.90 | $4,690.50 |
| Qu, Xiaoyin | Run the World Litigation | 03/012/2024 | Evangeline Burbidge | CONFERENCES WITH K. WALCZAK REGARDING FEES JOINDER; REVIEW, REVISE AND SIGN SUPPORTING DECLARATION | $845.00 hr | 0.70 | $591.50 |
| | | | | | **TOTALS** | **18.10** | **$14,679.50** |

# Matter Summary

Date Start: 3/13/2024 | Date End: 8/1/2024 | Clients: Qu, Xiaoyin | Matters: | Users: All | Account Managers: All | Group By: Matter

| Client | Matter | Date | User | Description | Rate/ Unit Price | Billable Time/ Cost Price | Bill Amt/ Sell Price | Discount For Purposes of Fees Motion | Total for Purposes of Fees Motion |
|---|---|---|---|---|---|---|---|---|---|
| Qu, Xiaoyin | Run the World Litigation | 03/25/2024 | Evangeline Burbidge | ATTEND TO MATTERS RELATED TO UPCOMING MOTION PRACTICE AND REPLY | $845.00 hr | 0.10 | $84.50 | | $ 84.50 |
| Qu, Xiaoyin | Run the World Litigation | 03/25/2024 | Kenneth Walczak | CONFER WITH E. BURBIDGE REGARDING REPLY BRIEFS IN SUPPORT OF MOTION TO DISMISS AND ANTI-SLAPP FEE PETITION | $795.00 hr | 0.20 | $159.00 | 50% | $ 79.50 |
| Qu, Xiaoyin | Run the World Litigation | 03/26/2024 | Kenneth Walczak | INITIATE REVIEW OF OPPOSITION BRIEFS REGARDING MOTION TO DISMISS COUNTERCLAIMS AND PETITIONS FOR ANTI-SLAPP FEES; EMAIL E. BURBIDGE INITIAL THOUGHTS ON BOTH BRIEFS AND ON STRATEGY FOR REPLYING | $795.00 hr | 0.90 | $715.50 | 50% | $ 357.75 |
| Qu, Xiaoyin | Run the World Litigation | 04/01/2024 | Kenneth Walczak | DRAFT REPLY IN SUPPORT OF MOTION FOR ANTI-SLAPP ATTORNEY'S FEES, AND SEND TO E. BURBIDGE; REVIEW USEFUL FEE LAW | $795.00 hr | 1.80 | $1,431.00 | | $ 1,431.00 |
| Qu, Xiaoyin | Run the World Litigation | 04/01/2024 | Evangeline Burbidge | CONFERENCES WITH K. WALCZAK REGARDING REPLIES IN SUPPORT OF MOTIONS TO DISMISS AND FEES MOTION; REVIEW RESEARCH RELATED TO SAME | $845.00 hr | 0.50 | $422.50 | 50% | $ 211.25 |
| Qu, Xiaoyin | Run the World Litigation | 04/02/2024 | Evangeline Burbidge | MULTIPLE CONFERENCES WITH TEAM REGARDING FILING REPLY IN SUPPORT OF MOTION TO DISMISS AND IN SUPPORT OF MOTION FOR ATTORNEYS FEES; CONFERENCES REGARDING SAME | $845.00 hr | 1.10 | $929.50 | 50% | $ 464.75 |
| Qu, Xiaoyin | Run the World Litigation | 07/10/2024 | Kenneth Walczak | DISCUSS STATUS OF DISCOVERY AND SET UP CALL WITH E. BURBIDGE REGARDING ORAL ARGUMENT ON MOTIONS TO DISMISS AND FOR ATTORNEY'S FEES | $795.00 hr | 0.20 | $159.00 | 50% | $ 79.50 |
| Qu, Xiaoyin | Run the World Litigation | 07/29/2024 | Evangeline Burbidge | PREPARE FOR ORAL ARGUMENT ON FEES MOTION; ANALYZE AND REVIEW FEES FILINGS | $845.00 hr | 2.60 | $2,197.00 | | $ 2,197.00 |
| Qu, Xiaoyin | Run the World Litigation | 07/31/2024 | Evangeline Burbidge | PREPARE FOR UPCOMING HEARING; ANALYZE AND REVIEW CASES RELATED TO PENDING MOTIONS; DRAFT HEARING OUTLINE; CONFERENCES WITH K. WALCZAK REGARDING CASE STRATEGY AND HEARING APPROACH | $845.00 hr | 8.30 | $7,013.50 | 50% | $ 3,506.75 |
| Qu, Xiaoyin | Run the World Litigation | 08/01/2024 | Evangeline Burbidge | PREPARE FOR, ATTEND AND ARGUE MOTION ON SLAPP FEES DURING HEARING; TRAVEL TO SAN FRANCISCO FOR ORAL ARGUMENT ON FEES MOTION; MULTIPLE STRATEGY CONFERENCES WITH K. WALCZAK REGARDING MOTIONS, INCLUDING MOTIONS TO DISMISS | $845.00 hr | 12.10 | $10,224.50 | 50% | $ 5,112.25 |
| | | | | **Total** | | **27.80** | | | **$13,524.25** |