United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUN THE WORLD INC.,

        Plaintiff,

    v.

XUAN JIANG,

        Defendant.

Case No. 23-cv-03130-AMO

**ORDER REFERRING DEFENDANT TO FEDERAL PRO BONO PROJECT FOR ELIGIBILITY ASSESSMENT**

The Court ORDERS Defendant Xuan Jiang to contact the Federal Pro Bono Project to schedule an appointment for assessment of eligibility for appointment of pro bono counsel for trial.

Defendant shall contact the Federal Pro Bono Project by email (fedpro@sfbar.org) or by phone (415-782-8982) to request the assessment in accordance with this Order.

Defendant is advised that this referral is for eligibility assessment only, and it does not guarantee that counsel will be appointed.

**IT IS SO ORDERED.**

Dated: May 15, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**