UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUN THE WORLD INC.,

Plaintiff,

v.

XUAN JIANG,

Defendant.

Case No.  23-cv-03130-AMO

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S REQUESTS FOR RELIEF**

Re: Dkt. No. 195

Before the Court is a consolidated brief from Defendant Xuan Jiang.  In the brief, Jiang includes (1) a motion for relief from the deadline for Jiang's brief in opposition to Plaintiff Run The World, Inc.'s ("RTW") motion for partial summary judgment; (2) a motion to continue the June 17, 2026 hearing on RTW's motion for partial summary judgment; and (3) an admittedly late opposition to RTW's motion for partial summary judgment.

On February 10, 2026, RTW and Jiang stipulated to modify the case schedule, agreeing to set deadlines of May 1, 2026, for dispositive motions and May 15, 2026, for oppositions to dispositive motions.  *See* Dkt. No. 183.  RTW timely filed its motion.  *See* Dkt. No. 189.  Jiang failed to comply with her agreed-to deadline – she did not file anything until her consolidated brief on May 25, 2026, a court holiday.  Dkt. No. 195.  Jiang argues that the Court should excuse her admittedly tardy filing because, as a pro se litigant, she is overwhelmed with the combination of this litigation and the related case she filed in state court.  Dkt. No. 195 at 5.  Although Jiang fails to demonstrate excusable neglect, the Court **GRANTS** Jiang's request for relief from the deadline. The Court exercises its discretion and deems Jiang's May 25 submission her brief in opposition to RTW's motion for partial summary judgment.  RTW may file a reply brief responding to Jiang's opposition by June 4, 2026.

Jiang requests to continue the June 17, 2026 hearing on RTW's motion for partial summary judgment to facilitate her retention of new counsel before the hearing. Dkt. No. 195 at 6-7. Jiang argues in part that the Court's recent referral of her case to the Federal Pro Bono Project for an assessment signals that she should be entitled to obtain counsel before the hearing. *Id.* Not so. To be clear, the Court referred Jiang to the Pro Bono Project to potentially find counsel "for trial" to aid in the presentation of the case to the jury, not for purposes of defending against RTW's timely motion for partial summary judgment. Dkt. No. 193. Should Jiang retain counsel, they will not be permitted to submit a brief in opposition to the pending motion because the Court has deemed Jiang's May 25, 2026 submission her opposition.

The Court **VACATES** all remaining case deadlines, including the hearing on the pending motion for partial summary judgment as well as all pretrial and trial dates. The Court **TERMINATES** as moot Jiang's motion to continue the June 17, 2026 hearing. The motion for partial summary judgment will be resolved without a hearing. *See* Civil L.R. 7-6; Fed. R. Civ. P. 78(b). The Court will schedule a trial-setting conference after resolution of RTW's motion.

**IT IS SO ORDERED.**

Dated: May 26, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

United States District Court
Northern District of California

2