United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUN THE WORLD INC.,<br>Plaintiff,<br>v.<br>XUAN JIANG,<br>Defendant. | Case No. 23-cv-03130-AMO<br>**ORDER GRANTING MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br>Re: Dkt. No. 202 |

Before the Court is Defendant Xuan Jiang's motion for leave to file a motion for reconsideration brought under Civil Local Rule 7-9(b)(3) and Federal Rule of Civil Procedure 54(b). Defendant seeks leave to file a motion to reconsider the Court's August 25, 2026 Order granting Plaintiff's motion for partial summary judgment. Dkt. No. 200. Having considered the motion, and good cause appearing, the Court **GRANTS** Defendant's motion for leave to file a motion for reconsideration. Defendant shall file her motion for reconsideration, limited to the two factual matters identified in the motion for leave, by no later than noon on September 14, 2026. The motion may not exceed eight pages. Plaintiff shall file a response, also not to exceed eight pages, by September 22, 2026. Defendant may not file a reply.

**IT IS SO ORDERED.**

Dated: September 8, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**